

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2014

No. 04-13-00559-CV

**HILL COUNTRY-SAN ANTONIO MANAGEMENT SERVICES, INC.** a.k.a. Hill Country
Achievement
Appellant/ Cross-Appellee

v.

Rachel **TREJO** as next friend of Rene Trejo
Appellee/ Cross-Appellant,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-20045
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

On February 27, 2014, Appellant Hill Country-San Antonio Management Inc. filed a motion for en banc reconsideration. *See* TEX. R. APP. P. 49.1, 49.7. The court requests Appellee Rachel Trejo file a response to the motion. *See id.* R. 49.2. If Appellee Trejo chooses to file a response, any such response must be filed not later than **June 19, 2014**.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court